**Motion Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00956-CV

## IN RE PATRICIA A. MILLARD, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-12131**

## MEMORANDUM OPINION

On October 28, 2013, relator Patricia A. Millard filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to vacate a discovery order dated on or about August 13, 2013.

On December 18, 2013, relator filed a motion to dismiss her petition for writ of mandamus. We grant the motion and dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Boyce and Jamison.